IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

FILED

2006 OCT 30 PM 3: 55

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

David Webster,

    Plaintiff,

v.

6:06-cv-1688-31KRS

Matthews International Corporation, a foreign
corporation, and Matthews Cremation Division, a
Florida entity,

    Defendants.

_____/

## DEFENDANTS' NOTICE OF REMOVAL

The Defendants, named in the Plaintiff's Complaint For Damages as Matthews International Corporation and Matthews Cremation Division, by and through their undersigned counsel, files this Notice of Removal for purpose of removing the above-styled case which is presently pending in the Ninth Judicial Circuit in and for Orange County, Florida, Case Number 06-CA-7089 (40), and in support states:

    1.    This is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1441 and 1446 that involves a controversy wholly between citizens of different states, and/or different countries, and the nature of Plaintiff's allegations indicate that he seeks damages in excess of $75,000.00, exclusive of interest, costs and attorney's fees.

    2.    At the time of the filing of Plaintiff's Complaint, according to the allegations stated therein Plaintiff, David Webster, was and is a resident of British Columbia, Canada, and is

not alleged to be a citizen of the State of incorporation or principal place of business of the Defendants.

3. The Defendants, denominated in Plaintiff's Complaint For Damages as Matthews International Corporation and Matthews Cremation Division is alleged to be a Pennsylvania corporation with principal place of business in Pittsburg Pennsylvania, and authorized to do business, and was doing business, in the State of Florida.

4. Accordingly, this action is properly subject to removal pursuant to 28 U.S.C. §1441.

5. This Notice of Removal is filed within thirty (30) days after the receipt by the Defendants of the initial pleading setting forth the claim for relief on which this action is based. Therefore, this Notice is timely filed pursuant to the requirements of 28 U.S.C.§1446.

6. In accordance with 28 U.S.C. §1446(a), the Defendants attach to this Notice copies of all process and pleadings that have been served or filed in the State Court action to the knowledge of these Defendants.

7. Defendants further represent to the Court and in accordance with 28 U.S.C. §1446(d), Defendants have served a copy of this Notice of Removal on Plaintiff's counsel and has filed a copy of this Notice with the Clerk of the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

Respectfully submitted,

Brian D. DeGailler, Esquire
Florida Bar Number: 283703

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S Mail, first class, this 21st day of October 2006 upon Steven C. Marks, Esquire, 25 West Flagler Street, Suite 800, Miami, Florida 33130.

Brian D. DeGailler, Esquire
Florida Bar Number: 283703
Broussard, Cullen, DeGailler & Eagan, P.A.
445 West Colonial Drive
Orlando, Florida 32804
Telephone (407) 649-8717
Facsimile: (407) 649-8680
Attorney for the Defendants

OCT-11-2006 15:27 FROM:
Case 6:06-cv-01608-GAP-KRS   Document 1   Filed 10/30/06   Page 4 of 8 PageID 4
715 346 8040 STEVENS POINT CLAIMS
412 552 5999    TO    7153469708
@005/025
P.5

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 06-CA-7089

DAVID WEBSTER,

    Plaintiff,

vs.

MATTHEWS INTERNATIONAL CORPORATION, a foreign corporation and MATTHEWS CREMATION DIVISION, a Florida entity,

    Defendants.

_____/

10/6/6 1030 AM
1368

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on defendant:

**MATTHEWS CREMATION DIVISION**
2045 Sprint Boulevard
Apopka, Florida 32703

Each defendant is required to serve written defenses to the Complaint on STEVEN C. MARKS, ESQ., Podhurst Orseck, P.A., 25 West Flagler Street, 8th Floor, Miami, Florida 33130, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of

10/13/2006 FRI 10:16 FAX 715 346 9040 STEVENS POINT CLAIMS
OCT 11 2006 15:27 FROM:MARSH II  412 552 5999  TO: '153469708  ☒006/025  P.6

Case 6:06-cv-01688-GAP-KRS   Document 1   Filed 10/30/06   Page 5 of 8 PageID 5

service, and to file the original of the defenses with the Clerk of this Court either before service on Attorneys for plaintiff(s) or immediately thereafter. If a defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

WITNESS my hand and the seal of this Court on OCT - 4 2006 , 2006.

Clerk of the Circuit Court
Lydia Gardner, Clerk
as Clerk of the Court

BY: _____   COUNTY COURT SEAL
       as Deputy Clerk   COLLENETTE HALL

STEVEN C. MARKS, ESQ.
PODHURST ORSECK, P.A.
City National Bank Bldg., 8th Floor
25 West Flagler Street
Miami, Florida 33130
Attorneys for Plaintiff
Phone: (305) 358-2800

-3-

Form 1.997
## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075 (See instructions on the reverse of the form.)

### I. CASE STYLE

IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA

Plaintiff    David Webster

Case # CC-CA-7089

vs.

Judge Adams    Div 40

Defendant   Matthews International Corporation, a foreign corporation and Matthews Cremation Division, a Florida entity,

### II. TYPE OF CASE
(Place an x in one box only. If the case fits more than one type of case, select the most definitive.)

| Domestic Relations | | Torts | | Other Civil |
|---|---|---|---|---|
| | Simplified Dissolution | | Professional Malpractice | Contracts |
| | Dissolution | X | Products liability | Condominium |
| | Support - IV-D | | Auto negligence | Real property/Mortgage foreclosure |
| | Support - Non IV-D | | Other negligence | Eminent domain |
| | URESA-IV-D | | | Other |
| | URESA-Non IV-D | | | |
| | Domestic violence | | | |
| | Other domestic relations | | | |

### III. Is Jury Trial Demanded in Complaint?

[X] Yes
[ ] No

RECEIVED AUG 29 2006 By

Date    August 28, 2006

SIGNATURE OF ATTORNEY FOR PARTY INITIATING ACTION

Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305 358 2800 Fax 305 358 2382 • Fort Lauderdale 954.463.4346    www.podhurst.com



IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

2006 OCT 30 PM 3: 55

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

David Webster,

    Plaintiff,

                        Case Number  :  06-CA-7089

v.                        Division       :  40

Matthews International Corporation, a
foreign corporation, and Matthews
Cremation Division, a Florida entity,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF FILING
## NOTICE OF REMOVAL

Defendants, named in Plaintiff's Complaint for damages as Matthews International Corporation, and Matthews Cremation Division, by and through their undersigned counsel, hereby gives notice of filing and attaches hereto its Notice of Removal from the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court, Middle District of Florida.

Defendant Matthews International Corporation and Matthews Cremation Division's Notice of Filing Notice of Removal
Page 1 of 2

BDD/mp

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing <u>Notice of Filing Notice of Removal</u> was served via U.S Mail, first class, this 25th day of October 2006 upon Steven C. Marks, Esquire, 25 West Flagler Street, Suite 800, Miami, Florida 33130.

                                             *[signature]*
                                             Brian D. DeGailler, Esquire
                                             Florida Bar Number: 283703
                                             Broussard, Cullen, DeGailler & Eagan, P.A.
                                             445 West Colonial Drive
                                             Orlando, Florida 32804
                                             Telephone (407) 649-8717
                                             Facsimile: (407) 649-8680
                                             Attorney for the Defendant

<u>Defendant Matthews International Corporation and Matthews Cremation Division's Notice of Filing Notice of Removal</u>
Page 2 of 2

BDD/mp