**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID WEBSTER,**

        **Plaintiff,**

-vs-                                                                Case No. 6:06-cv-1688-Orl-31KRS

**MATTHEW INTERNATIONAL**
**CORPORATION and MATTHEWS**
**CREMATION DIVISION,**

        **Defendants.**
_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Joint Notice of Settlement (Doc. No. 63), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. Any pending motions are **DENIED** as moot. The final pretrial conference, scheduled for January 24, 2008 is cancelled, and this case is removed from the February trial docket. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 22, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE